No. 10-10656. David W. Lagas, Petitioner v. New York.

565 U.S. 843, 132 S. Ct. 156, 181 L. Ed. 2d 72, 2011 U.S. LEXIS 6305.

October 3, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Third Judicial Department, denied.

Same case below, 76 App. Div. 3d 384, 906 N.Y.S.2d 151.

No. 10-10659. Detelin Draganov, Petitioner v. Washington.

565 U.S. 843, 132 S. Ct. 156, 181 L. Ed. 2d 72, 2011 U.S. LEXIS 5993, 

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-10662. James C. Platts, Petitioner v. United States.

565 U.S. 843, 132 S. Ct. 156, 181 L. Ed. 2d 72, 2011 U.S. LEXIS 6032, 

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-10666. Vincent Brown, Petitioner v. William Kevin Massengill, et al.

565 U.S. 843, 132 S. Ct. 157, 181 L. Ed. 2d 72, 2011 U.S. LEXIS 6199.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 425 Fed. Appx. 254.

No. 10-10668. Joseph P. Becker, Petitioner v. Michael Martel, Warden.

565 U.S. 843, 132 S. Ct. 157, 181 L. Ed. 2d 72, 2011 U.S. LEXIS 6505.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 413 Fed. Appx. 993.

No. 10-10670. Margaret Rudin, Petitioner v. Nevada.

565 U.S. 843, 132 S. Ct. 157, 181 L. Ed. 2d 72, 2011 U.S. LEXIS 5991.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 760, 367 P.3d 824.

No. 10-10672. Akili Nix, Petitioner v. New York.

565 U.S. 843, 132 S. Ct. 157, 181 L. Ed. 2d 72, 2011 U.S. LEXIS 6128.

October 3, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Fourth Judicial Department, denied.

Same case below, 78 App. Div. 3d 1698, 912 N.Y.S.2d 832.

No. 10-10673. Ila Womack-Grey, Petitioner v. Jim Rogers, Warden.

565 U.S. 843, 132 S. Ct. 157, 181 L. Ed. 2d 72, 2011 U.S. LEXIS 6065.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.